# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY J. CATERBONE, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 18-CV-4222 |
| : | |
| THE NATIONAL SECURITY : | |
| AGENCY, NSA, : | |
|     Defendant. : | |

## ORDER

AND NOW, this 4th day of October, 2018, upon consideration of *pro se* Plaintiff Stanley J. Caterbone's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his Complaint, which is also brought on behalf of Advanced Media Group and Advanced Media Group, Ltd. (ECF No. 2), it is **ORDERED** that:

1. Caterbone is **GRANTED** leave to proceed *in forma pauperis*.

2. Advanced Media Group and Advanced Media Group, Ltd. are **DISMISSED** as Plaintiffs in this matter because Caterbone cannot represent them in federal court. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02; *Dougherty v. Snyder*, 469 F. App'x 71, 72 (3d Cir. 2012) (per curiam).

3. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the Court's Memorandum. Caterbone may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

                                                   **BY THE COURT:**

                                                 **/s/ Jeffrey L. Schmehl**
                                                 **JEFFREY L. SCHMEHL, J.**